

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Moreno, Armando<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 11-072<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ____def____, IT IS ORDERED that a detention hearing is set for __Thursday  2/17/11__, at __2:00__ ☐a.m. ☒p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __2/16/11__

ROBERT N BLOCK
U.S. District Judge/Magistrate Judge